# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

DAVID A. BLAKE,

    Plaintiff,

v.                                                                         Civil Action No. 3:06CV112
                                                                         (Judge Bailey)

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above styled matter came before the Court for consideration of the Report and Recommendation of United States Magistrate Judge John S. Kaull [Doc. No. 28] dated November 6, 2007, to which neither party filed objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, failure to file objections to the magistrate judge's proposed findings and recommendation permits the District Court to review the recommendation under the standards that the District Court believes are appropriate, and under these circumstances, the parties' right to *de novo* review is waived. See **Webb v. Califano,** 468 F. Supp. 825 (E.D. Cal. 1979).

Accordingly, because no objections have been filed, this report and recommendation ("R & R") will be reviewed for clear error. Upon review of the R & R and the record, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation [Doc. No. 28] should be, and is, hereby **ORDERED ADOPTED**.

For reasons more fully stated in the Report and Recommendation of United States Magistrate Judge John S. Kaull [Doc. No. 28], this Court **ORDERS** that the Defendant's

Motion for Summary Judgment [Doc. No. 24] be **DENIED**, that plaintiff's Motion for Summary Judgement [Doc. No. 20] be **GRANTED**, and that the case be **REMANDED** because the Commissioner's denial of the plaintiff's application for SSI and DIB is not supported by substantial evidence.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** January 22, 2008

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE